**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **ONAZIA LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.** 3:25-cv-122-BJB |
| | ) | |
| **HOME OF THE INNOCENTS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Onazia Lee ("Lee"), by counsel, against Defendant, Home of the Innocents, Inc. ("Defendant") for violating Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C §2000e *et. seq*., and the Kentucky Civil Rights Act ("KCRA").

## II.PARTIES

2. Lee is a resident of Jefferson County, Kentucky, who at all relevant times to this action resided within the geographical boundaries of the Western District of Kentucky.

3. Defendant maintains offices and routinely conducts business within the geographical boundaries of the Western District of Kentucky.

## III.JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. § 1367; and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because her state law claims arise from the same nucleus of operative facts as her federal law

claims and all of her claims form a single case and controversy under Article II of the United States Constitution.

6. Defendant is an “employer,” as that term is defined by 42 U.S.C. §2000e(b) and KCRA § 344.030(2).

7. Lee was an “employee,” as that term is defined by 42 U.S.C. §2000e(f) and KCRA § 344.030(5).

8. Lee satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination (Charge No. 474-2025-00135) with the U.S. Equal Employment Opportunity Commission (“EEOC”) against Defendant alleging discrimination based on her national origin. Lee received her Notice of Suit Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Western District of Kentucky; thus, venue is proper in this court.

## IV.FACTUAL ALLEGATIONS

10. Lee began working for Defendant on or about November 28, 2016, as a Certified Nursing Assistant (“CNA”). In or about August 2023, Lee transitioned into the role of Resident Care Assistant.

11. At all relevant times, Lee met or exceeded Defendant’s legitimate performance expectations.

12. Lee was born in Ghana and is of African descent.

13. Beginning in March 2024, Lee began reporting to Stephanie Williams (“Williams”).

14. On or about October 3, 2024, Defendant placed Lee on a restricted leave and subsequently terminated her employment on October 8, 2024. Defendant's purported reason for terminating Lee's employment was that she had falsified documentation; however, Lee did not falsify any documentation.

15. Furthermore, similarly situated employees, such as Ashley Jones, Leniece Jones, Precious Gary and Simone Nobles, engaged in substantially the same behavior as that Lee was accused of, but were not terminated as a result. Specifically, completing charting at the end of a shift had been standard practice for most CNAs, and no disciplinary action had ever been taken against any CNA for this practice during Lee's eight years of employment with Defendant.

## V. CAUSES OF ACTION

16. Lee hereby incorporates paragraphs one (1) through sixteen (16) of her Complaint as if the same were set forth at length herein.

17. Lee was born and immigrated from Ghana.

18. Defendant discriminated against, subjected Lee to disparate treatment and terms of employment, and terminated her employment on the basis of her national origin.

19. Defendant's actions were intentional, willful, and in reckless disregard of Lee's rights as protected by Title VII and the KCRA.

20. Lee has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Onazia Lee, respectfully requests that this court enter judgment in her favor and award her the following relief:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against an employee based on their national origin;

2. Reinstate Plaintiff's employment to the position, salary, and seniority level she would have enjoyed but for Defendant's unlawful actions, or award her front pay in lieu thereof;

3. Award that the Plaintiff be awarded any back pay she would have earned, including fringe benefits, with related monetary benefits in interest thereon, absent Defendant's unlawful acts;

4. Award Plaintiff compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

5. Award Plaintiff compensatory damages for Defendant's violation of Title VII and the KCRA;

6. Award Plaintiff punitive damages for Defendant's violations of Title VII and the KCRA;

7. Award Plaintiff all costs and attorneys' fees incurred as a result of brining this action;

8. Award Plaintiff pre- and post-judgment interest on all sums recoverable;

9. Award Plaintiff all other legal and/or equitable relief this Court sees fits to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ *Elizabeth Gatten*
Elizabeth Gatten, Atty No. 100651
Andrew Dutkanych III, Atty No. 91190
101 North Seventh Street
Louisville, KY 40202
Office: (502) 561-3484
Facsimile: (812) 424-1005
E-Mail: ad@bdlegal.com

*Attorneys for Plaintiff, Onazia Lee*

**DEMAND FOR JURY TRIAL**

Plaintiff, Onazia Lee, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ *Elizabeth Gatten*

Elizabeth Gatten, Atty No. 100651
Andrew Dutkanych III, Atty No. 91190
101 North Seventh Street
Louisville, KY 40202
Office: (502) 561-3484
Facsimile: (812) 424-1005
E-Mail: ad@bdlegal.com

*Attorneys for Plaintiff, Onazia Lee*